IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEDON BROWN,

    Petitioner,                   No. CIV S-06-1348 LKK EFB P

    vs.

K. CLARK, Warden,

    Respondent.                ORDER

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 19, 2006, petitioner filed an application for a writ of habeas corpus. He submitted $5.00 on June 26, 2006, and again on August 16, 2006.

      The filing fee for a habeas action is $5.00. *See* 28 U.S.C. § 1914(a). Petitioner has over-paid.

      Accordingly, it is hereby ORDERED that the Clerk of the Court shall refund $5.00 to petitioner.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE