IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEDON BROWN,

     Petitioner,                    No. CIV S-06-1348 LKK EFB P

     vs.

K. CLARK, Warden,

     Respondent.               FINDINGS & RECOMMENDATIONS

_____/

     Petitioner, proceeding without counsel, filed a petition for a writ of corpus challenging the procedures utilized at a December 21, 2005, parole revocation hearing, following which his parole was revoked and he was returned to custody to serve a ten-month term. *See* 28 U.S.C. § 2254. He requested that the court order his immediate release from custody. On November 13, 2006, the court found that petitioner had been released from custody and gave petitioner 30 days to explain in writing why this action is not moot, or why the injury is capable of repetition yet evading review. The order warned petitioner that failure to make the requisite showing would result in a recommendation that this action be dismissed upon the ground that it is moot. The 30 days have passed and petitioner has not made the requisite showing or responded to the court's order.

////

1   Therefore, it is hereby RECOMMENDED that this action be dismissed upon the ground
2 that it is moot.
3   These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  January 9, 2007.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE